Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-20772-GLT |
| John D. Stahl | : | Chapter 13 |
| Debtor | : | |
| | : | Doc # |
| Carvana, LLC | : | |
| Movant | : | Related to Doc #15 |
| vs. | : | |
| | : | |
| John D. Stahl | : | Hearing date/time: 6/22/2020 @ 10:00 am |
| Debtor/Respondent | : | |
| and | : | |
| Ronda J. Winnecour, Esquire | : | |
| Trustee/Respondent | : | |

## OBJECTION TO CONFIRMATION OF THE PLAN DATED 03/16/2020

Carvana, LLC ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtor, John D. Stahl ("Debtor"), as follows:

1. As of the bankruptcy filing date of February 29, 2020, Movant holds a secured Claim against the Debtor's Vehicle, a 2016 Jeep Patriot 4WD, VIN # 1C4NJRFB1GD626434 (the "Vehicle").

2. Movant is in the process of filing a Proof of Claim by the 12/21/2018 bar date with a total debt secured claim in the amount of $15,107.47, with an interest rate of 20.80%.

3. The Plan proposes to pay a total claim of $22,080.00, with an interest rate of only 5.00%.

4. The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of the secured portion of its claim. While the debt was incurred more than 910 days prior to the filing of this bankruptcy case, Movant is entitled to the full value of the secured portion of the claim at the contract interest rate.

5. While the curren Plan lists the claim amount in excess of the Proof of Claim Movant is in the process of filing, Trustee will not disburse any amounts greater than the filed Claim.

6. Any attempt by the Debtor to modify this Contract with Movant should be denied.

7. Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chaper 13 Plan.

Respectfully submitted,

Dated: 04/22/2020

/s / Bradley J. Osborne, Esquire
Bradley J. Osborne, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 312169
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: bosborne@hoflawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>John D. Stahl<br>      Debtor | : | Bankruptcy No. 20-20772-GLT<br>Chapter 13 |
| | : | Doc # |
| Carvana, LLC<br>      Movant<br>vs. | : | Related to Doc #15 |
| John D. Stahl<br>      Debtor/Respondent | : | Hearing date/time: 6/22/2020 @ 10:00 am |
| and | : | |
| Ronda J. Winnecour, Esquire<br>      Trustee/Respondent | : | |

## CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED PLAN TO PARTIES IN INTEREST

I, Bradley J. Osborne, Esquire, attorney for Carvana, LLC ("Movant"), certify that I served a copy of the attached Objection to the Plan to the parties below on 04/22/2020:

Russell A. Burdelski, Esquire
Via ECF:
atyrusb@choiceonemail.com
*Attorney for Debtor*

John D. Stahl
1 Santiago Street
Pittsburgh, PA 15214
Via First Class Mail
*Debtor*

Ronda J. Winnecour, Esquire
Via ECF:
cmecf@chapter13trusteewdpa.com
*Trustee*

Date: 04/22/2020

Respectfully Submitted,
/s / Bradley J. Osborne, Esquire
Bradley J. Osborne, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 312169
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: bosborne@hoflawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>John D. Stahl | Debtor | : Bankruptcy No. 20-20772-GLT<br>: Chapter 13<br>:<br>: Doc # |
| Carvana, LLC | Movant | :<br>: Related to Doc #15 |
| vs. | | : |
| John D. Stahl | Debtor/Respondent | :<br>: Hearing date/time: 6/22/2020 @ 10:00 am<br>: |
| and | | : |
| Ronda J. Winnecour, Esquire | Trustee/Respondent | : |

### ORDER

Upon consideration of Carvana, LLC's Objection to Confirmation of the proposed Plan, and having heard the argument of counsel and for good cause having been shown;

It is on this _____ day of _____, 2020 ORDERED that the Confirmation is DENIED.

BY THE COURT:

_____
Honorable Gregory L. Taddonio
U.S. Bankruptcy Judge